UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA PILAR LOPEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. SA-99-CA-0181-EP |
| | * | |
| TEXAS DEPARTMENT OF | * | |
| PROTECTIVE AND REGULATORY | * | |
| SERVICES, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Before the Court is plaintiff's application to proceed *in forma pauperis*. To aid in the determination of whether plaintiff qualifies for pauper status in this case, the Court will require plaintiff to answer the attached questionnaire. Plaintiff should answer the questionnaire and return it to the United States District Clerk's Office for filing no later than **March 30, 1999**. Plaintiff is advised that failure to answer the questions will result in denial of the application to proceed *in forma pauperis*. The failure to answer the questions may also result in the dismissal of this lawsuit.

It is so **ORDERED**.

SIGNED this 10th day of March, 1999.

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

3.