UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

JAN 2 6 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

MARIA PILAR LOPEZ, )
)
Plaintiff, )
)
VS. ) Civil Action No. SA-99-CA-181-EP
)
TEXAS DEPARTMENT OF PROTECTIVE )
AND REGULATORY SERVICES, AND )
JAMES R. HINE, )
)
Defendants. )

## ORDER FOR SETTLEMENT PAPERS

On this date the Court considered the status of the above-numbered and styled cause. On January 12, 2000, the parties notified this Court that they had settled their dispute. Accordingly, the Court will Order that the parties file settlement papers on or before March 6, 2000. This matter is STAYED until that date, and all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED and ENTERED this 26 day of January, 2000.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE