UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 1 0 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| MARIA PILAR LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No. SA-99-CA-181-EP |
| | ) |
| TEXAS DEPARTMENT OF PROTECTIVE | ) |
| AND REGULATORY SERVICES ET AL., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the agreed motion and the settlement agreement filed May 4, 2000, by the parties to the above-styled and numbered cause, it is hereby ORDERED, ADJUDGED, and DECREED that the motion to dismiss is GRANTED, and this cause is DISMISSED WITH PREJUDICE in accordance with the parties' agreement.

SIGNED and ENTERED this 10th day of May, 2000.

_____
EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE